```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

                      Plaintiff,        ORDER ADOPTING R&R
-against-                               17-CV-4745 (DRH)(ARL)

A & F FIRE PROTECTION CO., INC.,

                      Defendant.
-------------------------------------------------X
```

**HURLEY, Senior District Judge:**

## INTRODUCTION

Presently before the Court is the Report and Recommendation, dated December 13, 2018, of Magistrate Judge Arlene R. Lindsay recommending that Plaintiff's motion to strike certain of Defendant's affirmative defenses be denied. The time to file objections has expired, and no objections have been filed.

Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. Accordingly, the Court adopts the December 13, 2018 Report and Recommendation of Judge Lindsay as if set forth herein. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to strike is denied in its entirety.

Dated: Central Islip, N.Y.
       February 7, 2019                     /s/  Denis R. Hurley
                                            Denis R. Hurley
                                            United States District Judge